**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEYTON DEWITT, by and through her Guardian Ad Litem, PAMYLA DEWITT,<br><br>    Plaintiff,<br><br>    v.<br><br>TOWN CENTER MALL LLC,<br><br>    Defendant. | CASE NO. 25-cv-03190-KK-DTB<br>Civil Rights<br><br>[PROPOSED] ORDER GRANTING PETITION FOR MINOR'S COMPROMISE<br><br>[NOTE CHANGES BY COURT] |

[PROPOSED] ORDER GRANTING PETITION FOR MINOR'S COMPROMISE

# [PROPOSED] ORDER

Having reviewed the Minor's Compromise Petition, the Curt finds that the settlement serves the best interests of the Plaintiff Payton Dewitt. The Court finds that the amount of attorney fees, costs, and expenses, allocated to Plaintiff's counsel and the net proceeds to Plaintiff, after deduction of attorney fees, costs, and expenses, under the settlement agreement are fair and reasonable. The Court therefore GRANTS the Petition.

THE COURT HEREBY ORDERS:

The settlement funds are to be made payable to Plaintiff's counsel's trust account and deposited into the account in accordance with the parties' settlement agreement. The $2,000 net proceeds owed to Plaintiff shall be distributed to Plaintiff without further order of the Court.

Lastly, since the Petition is unopposed and is suitable for decision without oral argument, good cause exists to approve the settlement without a hearing. When the terms of the settlement are met, Plaintiff shall file a request for change of dismissal order to a dismissal with prejudice.

Accordingly, this matter is DISMISSED without prejudice.   (JS-6)

**IT IS SO ORDERED.**

Date: <u>February 25, 2026</u>         _____
                                       UNITED STATES DISTRICT JUDGE
                                       KENLY KIYA KATO

2
[PROPOSED] ORDER GRANTING PETITION FOR MINOR'S COMPROMISE